IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CHARLES E. HILL & ASSOCIATES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:02-CV-186 (TJW) |
| ) | |
| AMAZON.COM, INC., et al. ) | Jury Trial Requested |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL BETWEEN PLAINTIFF AND DEFENDANT AMAZON.COM, INC.

Plaintiff and one of the Defendants in the captioned matter, Amazon.com, Inc., ("Amazon") have entered into a Confidential Settlement Agreement effective as of April 14, 2006. The Confidential Settlement Agreement does not pertain to any named Defendant other than Amazon.

Therefore, Plaintiff and Amazon stipulate, subject to an Order of the Court dismissing Plaintiff's claims against Amazon with prejudice:

1. Plaintiff's Complaint against Amazon is dismissed with prejudice.

2. Amazon's counterclaims against Plaintiff are dismissed with prejudice.

3. Each party shall bear its own attorneys fees, expenses, and costs.

STIPULATED AND AGREED TO:

_____  _____
Name: R. Trevor Carter           Name: Charles Ainsworth
Law Firm: BAKER & DANIELS     Law Firm: CLARK, LEA, AINSWORTH &
                                                    PORTER

Attorney for Plaintiff                Attorney for Defendant Amazon.com, Inc.

BDDB01 4379545v1

So ORDERED and SIGNED this 4th day of May, 2006.

_____
Judge T. John Ward
United States District Judge

BDDB01 4379565v1